IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELIINA LAWSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW BOLTON, THE BOLTON LAW FIRM, LLC, DARRELL ROBINSON, NEISHA MISER, MALIQUE TAYLOR, JENNIFER AGREE, DAN LIVINGSTON, LIVINGSTON CENTER, LLC, DR. RODNEY MCNEAL, and BOARD OF COUNTY COMMISSIONERS OF ANDERSON COUNTY, KANSAS,<br><br>　　　　　　Defendants. | Case No. 25-CV-2251-JWB-TJJ |

**ORDER GRANTING *IN FORMA PAUPERIS* STATUS
BUT WITHHOLDING SERVICE OF SUMMONS AND COMPLAINT**

Plaintiff, proceeding *pro se*, has filed a Motion to Proceed *In Forma Pauperis* (ECF No. 4) under 28 U.S.C. § 1915(a)(1). That statute provides that the Court may authorize the commencement of a civil action "without the prepayment of fees or security therefor, by a person who submits an affidavit . . . [if] the person is unable to pay such fees or give security therefor."[1] To succeed on a motion to proceed *in forma pauperis*, the movant must show he or she is financially unable to pay the required filing fee.[2]

Based on the information provided in Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 4-1) attached to her Motion, the Court finds Plaintiff is not financially able to pay the filing fee to institute a civil action. The Court will therefore grant

---

[1] 28 U.S.C. § 1915(a)(1).

[2] *Id. See also* 28 U.S.C. § 1914(a) ("The clerk of each district court shall require the parties instituting any civil action, suit, or proceeding in such court . . . to pay a filing fee.").

Plaintiff's request to proceed *in forma pauperis* without prepayment of fees.

Although Plaintiff is granted leave to proceed without prepayment of the filing fee, service of process may be withheld pending review under 28 U.S.C. § 1915(e)(2)(B).[3] While such review may occur at any time and the Court is not obligated to conduct the review before service of process, dismissals "are often made *sua sponte* prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering."[4]

In this case, a pre-service review of the Complaint is appropriate as it appears this Court may lack subject matter jurisdiction as Plaintiff's allegations and causes of action arise from her state-court child custody proceedings. Pre-service review is further justified because Plaintiff has recently filed three other cases in the District of Kansas, all of which relate to her state-court proceedings.[5] The Court therefore orders that service of summons and the Complaint upon Defendants[6] be withheld pending further order of the Court after screening pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 4) is granted, but service of summons and the Complaint upon Defendants shall be withheld pending further order of the Court.

---

[3] *See Fuller v. Myers*, 123 F. App'x 365, 368 (10th Cir. 2005) (noting that the district courts may dismiss an action without service of process through the screening process of § 1915(e)).

[4] *Neitzke v. Williams*, 490 U.S. 319, 324 (1989).

[5] *See Lawson v. Kansas Dep't of Children and Families*, 25-cv-2171-JWB-TJJ (D. Kan. Apr. 2, 2025); *Lawson v. Godderz, et al.*, 25-cv-2199-JWB-TJJ (D. Kan. Apr. 14, 2025); *Lawson v. Lawson*, 25-cv-4045-DDC-TJJ (D. Kan. May 2, 2025); *Lawson v. Bolton, et al.*, 25-cv-2251-JWB-TJJ (D. Kan. May 6, 2025).

[6] *See* 28 U.S.C. § 1915(d) (directing the officers of the court to "issue and serve all process").

**IT IS SO ORDERED.**

Dated May 15, 2025, in Kansas City, Kansas.

                                                      Teresa J. James
                                                      U. S. Magistrate Judge