# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Case No. 2:25-cv-02251

ANGELIINA LYNN LAWSON,

Plaintiff

v.

ANDREW BOLTON, et al.,

Defendants

## NOTICE OF GAL MISREPRESENTATION AND POST-WITHDRAWAL INTERFERENCE

COMES NOW Plaintiff, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this notice to the Court regarding recent acts by Defendant Andrew Bolton, who continues to misrepresent his legal status and obstruct this matter following his withdrawal from state court proceedings.

## I. GAL WITHDRAWAL ON THE RECORD

1. On May 8, 2025, during a recorded hearing in Case No. 2020-DM-131 before Judge Eric Godderz in Anderson County District Court, Defendant Andrew Bolton orally withdrew from his role as Guardian ad Litem. The withdrawal was made on the record and preserved via CART transcription.

2. From that point forward, Defendant Bolton no longer held legal authority to act in any capacity related to the matter or to engage with any party or official involved in the case.

## II. FALSE CLAIMS OF CONTINUING AUTHORITY

3. Despite his oral withdrawal on May 8, 2025, Mr. Bolton has continued to misrepresent himself as the Guardian ad Litem. On **May 20, 2025**, he contacted the **Shawnee Police Department Special Victims Unit**, which is currently investigating criminal allegations against Jonathan Lawson, and **provided outdated court records** in an effort to falsely assert GAL authority and improperly gain access to confidential criminal investigative records.

4. Mr. Bolton again falsely claimed GAL status in a **written communication to Plaintiff dated May 22, 2025**, while continuing to **refuse production of any GAL reports or records**—documents he is required to maintain as a former court-appointed officer.

5. Mr. Bolton has also stated his intent to submit new filings in state court to "formally withdraw" and to pursue **overinflated and unauthorized billing**, despite the fact that the matter was **removed to federal court on May 6, 2025**. This is a clear act of **procedural abuse and jurisdictional overreach**, in violation of **28 U.S.C. § 1446(d)**, which bars further action in state court once removal is effective.

6. These actions violate 28 U.S.C. § 1446(d), which prohibits any further proceedings in state court after removal, and constitute a willful misrepresentation of status before multiple authorities.

### III. INTENTIONAL OBSTRUCTION AND NON-COMPLIANCE

7. In the same communication, Mr. Bolton stated that he "will not respond further," thereby refusing to produce records lawfully requested. Despite being appointed by the court, Mr. Bolton has **never submitted a single GAL report**, failed to communicate with the Plaintiff, and refused to fulfill his statutory duties. He has billed nearly **$10,000** without providing any formal findings of facts, and stands accused of threatening the minor child and obstructing mandatory reporting obligations. These actions rise to the level of **fraud upon the court**, misrepresentation to public institutions, and potential racketeering of using his network to build an enterprise that designed to interfere with the custody of the Plaintiff. Bolton has refused to address his personal connections to the father and conflicts of interest to the courts.

8. Mr. Bolton's refusal to comply is a **conscious effort to evade accountability**, conceal misconduct, and **obstruct justice in both civil and criminal forums**. His education and continued education credits are questionable and need to be provided to ensure he has the experience and knowledge to act as a Guardian Ad litem for the public.

9. Further, the CART transcription from the May 8, 2025 hearing—where Mr. Bolton orally withdrew—has never been released. The court clerk has **intentionally blocked the Plaintiff, a qualified ADA litigant, from accessing the record and the case filings**, constituting ongoing retaliation and denial of due process under federal law.

### IV. REQUEST FOR FEDERAL ENTRY AND MONITORING

10. Plaintiff respectfully requests that this notice be entered into the record and that the Court take judicial notice of Defendant Bolton's statements, actions, and pattern of evasion.

11. Plaintiff further requests leave to submit any additional materials that document post-withdrawal interference or attempts to act under color of authority without legal basis.

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

Date: May 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was prepared for service upon all parties in the matter of **Lawson v. Bolton et al., Case No. 2:25-cv-02251-JWB-ADM**, pending before the United States District Court for the District of Kansas.

As of the date below, no summons has yet been issued by the Court. Service upon the named Defendants will be made promptly following issuance of summons, pursuant to Federal Rule of Civil Procedure 4(c), and this Certificate will be updated and refiled upon completion of service.

This Certificate is submitted in good faith and in compliance with the Court's procedural requirements.

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

Dated: May 22, 2025