IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Case No. 2:25-cv-02251

ANGELIINA LYNN LAWSON,

Plaintiff

v.

ANDREW BOLTON, et al.,

Defendants

# NOTICE OF ACTIVE CRIMINAL INVESTIGATION OF ANDREW BOLTON

COMES NOW Plaintiff, Angeliina Lynn Lawson, appearing pro se, and respectfully submits this notice to inform the Court of ongoing criminal investigations by law enforcement authorities involving two named Defendants in this action: Andrew Bolton, Jonathan Lawson (father), and Andrea Dunseth (former therapist). These investigations bear directly on the subject matter and factual foundation of this federal civil rights and ADA retaliation case.

## I. CRIMINAL INVESTIGATION INTO DEFENDANT ANDREW BOLTON

1. Defendant Andrew Bolton is currently under investigation by Special Victims Unit Detective John Stirling of the Shawnee Police Department, in connection with the following criminal allegations:

- Witness intimidation of a minor child (D.L.);

- Fraudulent impersonation of a public official, including representing himself as GAL prior to official appointment and after his withdrawal;

- Obstruction of justice by interfering with law enforcement access and attempting to suppress evidence;

- Fraudulent billing of court funds and coercive financial diversion of alimony and child support;

- Custodial interference;

- Failure to act as a mandated reporter despite direct knowledge of child abuse and medical neglect.

## II. CRIMINAL INVESTIGATION INTO FATHER JONATHAN LAWSON

2. Father Jonathan Lawson, who paid for all these actors and defendants in this case is also the subject of an ongoing criminal investigation, based on the following allegations:

- Child endangerment, including prolonged medical neglect and failure to provide care;

- Witness tampering and intimidation;

- Interference with therapeutic treatment and communications between David and his family;

- Custodial interference;

- Retaliatory use of court systems to isolate the minor from protective family members.

## III. REQUEST FOR ENTRY AND FEDERAL PRESERVATION

3. Plaintiff requests that the Court take judicial notice of these ongoing criminal proceedings and enter this notice into the official record of this action. These investigations underscore the retaliatory, coercive, and unlawful conduct alleged in the civil complaint.

4. Plaintiff further reserves the right to supplement this notice with evidence, police reports, affidavits, and agency communications as the criminal matters develop.

Respectfully submitted,

*[signature]*

Angeliina Lynn Lawson

Date: May 20, 2025

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was prepared for service upon all parties in the matter of **Lawson v. Bolton et al., Case No. 2:25-cv-02251**, pending before the United States District Court for the District of Kansas.

As of the date below, no summons has yet been issued by the Court. Service upon the named Defendants will be made promptly following issuance of summons, pursuant to Federal Rule of Civil Procedure 4(c), and this Certificate will be updated and refiled upon completion of service.

This Certificate is submitted in good faith and in compliance with the Court's procedural requirements.

Respectfully submitted,

_____
Angeliina Lynn Lawson

Dated: May 20, 2025

Pro Se Plaintiff

1914 5th Ave., Leavenworth, KS 66048

angeliinacourtrecords@gmail.com

(913) 972-1661