UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

Case No. 2:25-cv-02251-JWB-TJJ

Angeliina Lynn Lawson,
Plaintiff

v.
Bolton, et al.,

Defendants

JURY TRIAL DEMANDED

NOTICE OF NON-COMPLIANCE, RULE 37 PRESERVATION, AND EVIDENCE OF SPOILAGE FOR COURT-APPOINTED THERAPISTS AND SUPERVISORS

Plaintiff Angeliina Lynn Lawson, pro se, hereby submits this Notice to document the non-compliance of multiple court-appointed mental health providers and their supervisors with duly served subpoenas and records requests relevant to this action, and to preserve claims under Fed. R. Civ. P. 37, HIPAA, and applicable state and federal RICO statutes.

I. THERAPISTS AND SUPERVISORS IN NON-COMPLIANCE

This notice applies to the following licensed mental health professionals and their clinical supervisors:

- Malique Taylor, Family Therapist
- Darrell Robinson, Individual Therapist
- Jennifer Agee, Supervisor of Malique Taylor
- Niesha Miser, Supervisor of Darrell Robinson

Each party was duly served with a K.S.A. 60-245 subpoena in *Lawson v. Lawson, Case No. LV-2025-CV-000070* filed into the federal record via notice.

II. SERVICE CONFIRMATION

Subpoenas were:

- Lawfully issued by the District Court of Leavenworth County, Kansas

- Certified and served by mail with return receipt on April 4, 2025
- Included statutory deadlines, authority under HIPAA (45 C.F.R. § 164.524), and K.S.A. 65-6410 parental rights

See attached exhibits:

- Malique Taylor Subpoena
- Jennifer Agee Subpoena
- Darrell Robinson Subpoena
- Niesha Miser Subpoena

### III. FAILURE TO RESPOND

As of filing this notice:

- No records were produced
- No acknowledgments of receipt were returned
- No legal objections were filed or stated
- No requests for protective orders were made
- Multiple follow-up emails and urgent requests were also ignored

This demonstrates a clear pattern of non-compliance, obstruction, and retaliatory silence, despite being officers of the court or acting under court authority.

### IV. LEGAL BASIS FOR SANCTIONS AND FEDERAL NOTICE

Under Rule 37(b)(2) and Rule 45(g):

- A court may impose sanctions including evidentiary preclusion, adverse inferences, default judgment, and attorney's fees for failure to obey a subpoena without adequate excuse.

These failures also constitute:

- Spoilation of evidence relevant to allegations of ADA violations, child abuse, therapist collusion, and systemic deprivation of access to therapy and supervised visitation
- HIPAA interference under 45 C.F.R. § 164.524, as no formal denials or redactions were provided
- Willful concealment of federally relevant mental health records under ongoing criminal and civil investigations

## V. CIVIL RICO IMPLICATIONS

These acts represent predicate misconduct in a broader RICO pattern involving:

- Suppression of abuse disclosures
- Court-favored mental health providers protecting their own financial and licensing interests
- Supervisors failing to correct or report misconduct, thus enabling retaliation against a disabled parent and child

## VI. PRESERVATION DEMAND

Plaintiff formally demands that all named parties:

- Preserve all documents, notes, communications, and ESI related to the federal litigation, including any reports submitted to GAL Andrew Bolton, Jonathan Lawson, Breanne Poe, Judge Godderz, or DCF
- Not destroy or alter any therapy-related files or correspondence
- Comply immediately with federal production obligations and state subpoenas

## VII. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Docket this Notice as part of the Rule 37 and spoliation record
2. Order Defendants or Respondents to show cause why sanctions should not be imposed
3. Refer noncompliant therapists and supervisors to the U.S. Department of Health and Human Services and the Kansas BSRB for licensing violations
4. Allow Plaintiff to supplement the record with any late disclosures, sanctions orders, or ethics board actions taken in response

Filed this July 17, 2025  by:
/s/ Angeliina Lawson

Angeliina Lynn Lawson
Pro Se Plaintiff
1914 5th Ave.
Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661

## CERTIFICATE OF SERVICE

I, Angeliina Lynn Lawson, hereby certify that a true and correct copy of the attached:

NOTICE OF NON-COMPLIANCE, RULE 37 PRESERVATION, AND EVIDENCE OF SPOILAGE FOR COURT-APPOINTED THERAPISTS AND SUPERVISORS

will be included in the service packet upon issuance of the summons by the Court, and served alongside the Complaint in accordance with Fed. R. Civ. P. 4(c) and Rule 5(b).

This filing is being preserved and docketed in advance of formal summons in order to ensure timely documentation of subpoena violations and litigation hold requirements under Rule 37, HIPAA, and relevant civil rights statutes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 17, 2025

Respectfully submitted,

/s/ Angeliina Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff
1914 5th Ave.
Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661