

Exhibit 1

Angeliina Lawson  Redacted PII

## D[redacted] medication

**Dianne** Redacted PII  Tue, Sep 9, 2025 at 10:54 AM
To: Ange[redacted]

Hi Angeliina,

Sorry for the delayed reply. I only work Tuesdays and Thursdays, and didn't see your message until today.

D____ is not taking medicine in our office this year. Jonathan said things are being managed at home.

Thanks!

### Dianne Brown, RN

she/her

De Soto High School Nurse

redacted PII



**From:** Angeliina Lawson
**Sent:** Thursday, September 4, 2025 12:38 PM
**To:** Dianne Brown
**Subject:** David Lawson medication

--
This email is from an external source. Please be careful when opening attachments or clicking links.
--

[Quoted text hidden]