Exhibit 2

# Kansas DCF Conversation Note

September

| 380374 | Event Number: | 2435480 |
|---|---|---|

| What's working well? | What needs to happen? |
|---|---|
| • AngeliinaLawson@gmail.com<br>• | • PHA assigned for 14 y/o PII by Jonathan There was also alleged physical abuse approximately 2 weeks prior, when his father was upset that he was talking to his mother on the phone. This resulted in father trying to grab the phone away from PII and injuring his hand. PII referenced police contact due to a welfare check in which he reports his father was not honest with the police officers who arrived at his home about what had happened.<br>• PII wants to take his antianxiety meds and father won't let him and threatened suicide and doesn't believe child needs it. |