

# Urgent Records Request – Individual Therapy Starting October 2024 to Present

**Angeliina Lawson** PII  Fri, May 23, 2025 at 3:01 PM
To: Darrell Robinson

Dear Mr. Robinson,

This is a **final demand** regarding the HIPAA- and state-authorized records request sent to your office May 21, 2025 concerning my son, PII , under:

- **Case No. 2020-DM-131 (Anderson County) removed to federal level 5:25-cv-4045**
- **Lawson v. Bolton et al., 2:25-cv-02251-JWB-ADM**

Under **45 C.F.R. § 164.524** and **K.S.A. 65-6410**, your office is required to **acknowledge a records request within 1 business day** and provide a compliance or denial response within **3 business days**. As of today, I have received **no acknowledgment, no explanation, and no records**.

You are reminded:

- I am the legal parent and have lawful authority to request these records;
- This matter is under **active federal litigation and criminal investigation**, and your failure to respond may be treated as **retaliation, spoliation of evidence, or HIPAA interference**;
- Your records and silence are subject to federal subpoena.

If I do not receive written acknowledgment and a compliance response by **Monday May 26,** I will escalate this matter through:

- A HIPAA complaint to the U.S. Department of Health and Human Services;
- A Motion to Compel Production in the U.S. District Court;
- A formal ethics complaint with your state licensing board.

Please treat this as time-sensitive and legal in nature. You may deliver the requested records securely via encrypted email or confirm alternative arrangements by phone at (913) 972-1661.

Sincerely,
Angeliina Lawson

On Wed, May 21, 2025 at 5:37 PM Angeliina Lawson PII wrote:

**Court Appointed Therapist Records Request**

**Subject:** Urgent Records Request – Individual Therapy Starting October 2024 to Present
**Darrell Robinson,**
InnerPeace Counseling
**Email:** PII

I, Angeliina Lawson, request all records held by you and your supervisor Neisha Miser concerning my minor child PII ; Court Case No. 2020-DM-131 or AN20DM131 removed to federal case 5:25-cv-04045.

The Guardian ad Litem, Andrew Bolton, **orally withdrew from Case No. 2020-DM-131 during the May 8, 2025 hearing**, which was recorded via CART transcription and acknowledged by the presiding judge. From that date forward, he is **prohibited from contacting any current or former parties** involved in the family court case. Any such communication must be formally disclosed and documented. Mr. Bolton is currently one of the **named defendants** in the federal civil rights and ADA retaliation case **(Case No. 2:25-cv-02251-JWB-ADM)**, which also includes other court appointments among other respondents. Any attempt to involve Mr. Bolton, respond to his inquiries, or share privileged records with him will be considered potential **witness tampering, retaliation, and collusion**. All such records and communications are subject to **federal subpoena** and will be reviewed for potential evidentiary use.

**Requested Records:**
1. All therapy notes, session summaries, treatment plans, progress reports, and diagnostic assessments involving your court appointed services and my child, including any mental health diagnoses or interventions (excluding psychotherapy notes per 45 C.F.R. § 164.524(a)(1)(i)).
2. All psychological evaluations, behavioral assessments, or testing results (e.g., MMPI, CBCL) prepared for my child, including those shared with third parties (e.g., courts, DCF, GAL).
3. All records of therapy or evaluation sessions, including dates, times, duration, modality (e.g., in-person, telehealth), and reasons for cancellations.
4. All communications or reports provided to courts, DCF, or other agencies regarding custody, visitation, or child's mental health or welfare.
5. All mandated reports or disclosures made by my child during therapy, including reports to DCF or law enforcement.
6. All consents, authorizations, or court orders related to child's therapy or evaluations.

**Legal Authority:**
1. K.S.A. 65-6410: Grants parents access to their children's health and mental health records, absent a court order to the contrary.
2. HIPAA (45 C.F.R. § 164.524): Grants individuals and parents access to protected health information within 30 days.
3. U.S. Constitution (Amendment XIV): Protects parental rights (*Troxel v. Granville*, 530 U.S. 57, 2000).

**Custody Clarification:**
As a parent with legal rights under K.S.A. 65-6410, I am entitled to access my children's records. If you believe additional requirements are needed, provide specific legal grounds with cited Kansas Statutes and any court order limiting my access.

**Deadlines:**
1. **Acknowledgment:** Confirm receipt within 1 business day, by May 22, 2025 by 5:00pm, via AngeliinaCourtRecords@gmail.com

2. **Response:** State compliance or denial within 3 business days, by May 24, 2025 by 5:00pm, per 45 C.F.R. § 164.524.

If denying any records, provide a written denial in plain language with: (1) the legal basis (e.g., § 164.524(a)(2)); (2) my review rights, if applicable (per § 164.524(a)(4)); and (3) complaint procedures, including contact details (per § 164.524(d)(2)).

If complying, provide records within 30 days by June 22, 2025 by 5:00pm by electronic or mailing to [PII] .

Non-compliance may lead to a motion to compel (FRCP Rule 37), APA compliant, KS Board of Behavioral Sciences Complaint and/or a HIPAA complaint to the U.S. Department of Health and Human Services.

Deliver records electronically in a secure, HIPAA-compliant zip file, in the format requested (electronic, if readily producible, per 45 C.F.R. § 164.524(c)(2)). Redacted information must be noted per § 164.524 and accompanied by a redaction log.

Contact me for clarification.

**Respectfully,**

Angeliina Lawson

1914 5th Ave., Leavenworth, KS 66048

(913) 972-1661

AngeliinaCourtRecords@gmail.com

On Fri, Oct 18, 2024 at 1:56 PM Angeliina Lawson [PII] wrote:
> Thank you Darrell, and as his mother

I maintain all my rights to be informed and included in my son's treatment as well as any disclosures made in therapy that impact [PII] safety. I know the course of his therapy is focused on building back trust in professionals and once you have a treatment plan, I trust that I will get a copy to stay informed.

Thank you again and keep me updated. [PII] is an amazing young man with such a bright future!

Warmly,
Angeliina Lawson

> On Oct 18, 2024, at 1:45 PM, Darrell Robinson [PII] wrote:
>
> I appreciate your concern and willingness to be involved in treatment. At this point there is not a treatment plan since we are just beginning therapeutic process.
>
> Best regards,
> Darrell Robinson, LPC
> Provisionally Licensed Therapist
> InnerPeace Counseling
> 10865 Grandview Dr., Suite 2065
> Overland Park, KS 66210
> https://darrellrobinson.clientsecure.me/
>
> Confidentiality Disclaimer:
>
> This email and any attachments may contain confidential and privileged information intended only for the recipient. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use, disclosure, or distribution is prohibited. Please be aware that email communication is not a secure
>
> ---
>
> **From:** Angeliina Lawson [PII]
> **Sent:** Friday, October 18, 2024 11:38
> **To:** Darrell Robinson [PII]
> **Subject:** Re: [PII]
>
> Oh wonderful news! I'm so glad that he has a place where he can build a good connection with a strong male role model in his life. Do you think having [PII] be apart of the TLC program you also help with be good for him?
>
> When you finish your treatment plan, I would like a copy to be able to know what is going on with my son.
>
> Thank you for being there for [PII]
>
> Warmly,
> Angeliina Lawson
>
> > On Oct 18, 2024, at 11:06 AM, Darrell Robinson [PII] wrote:
> >
> > Good Afternoon,
> >
> > Things are going well as we are building rapport with each other and examining dynamics within ourself.

Best regards,
Darrell Robinson, LPC
Provisionally Licensed Therapist
InnerPeace Counseling
10865 Grandview Dr., Suite 2065
Overland Park, KS 66210
https://darrellrobinson.clientsecure.me/

Confidentiality Disclaimer:

This email and any attachments may contain confidential and privileged information intended only for the recipient. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use, disclosure, or distribution is prohibited. Please be aware that email communication is not a secure

**From:** Angeliina Lawson PII
**Sent:** Friday, October 18, 2024 9:22:25 AM
**To:** Darrell Robinson PII
**Subject:** Re: PII

Good morning Darrell, I would like to know what is going with my son's therapy. Can you please provide me with an update?

On Tue, Oct 8, 2024 at 8:44 PM Angeliina Lawson <PII> wrote:
> Thank you for letting me know. How does PII respond to the therapy process? Do you have any recommendations for me on how to support him outside of therapy?
>
> On Tue, Oct 8, 2024 at 7:38 PM Darrell Robinson <PII> wrote:
>> I am waiting to talk to Andy the GAL before reviewing anything. I did want to inform you that I conducted first session today.
>>
>> Best regards,
>> Darrell Robinson, LPC
>> Provisionally Licensed Therapist
>> InnerPeace Counseling
>> 10865 Grandview Dr., Suite 2065
>> Overland Park, KS 66210
>> https://darrellrobinson.clientsecure.me/
>>
>> Confidentiality Disclaimer:
>>
>> This email and any attachments may contain confidential and privileged information intended only for the recipient. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use, disclosure, or distribution is prohibited. Please be aware that email communication is not a secure
>>
>> **From:** Angeliina Lawson <PII
>> **Sent:** Sunday, October 6, 2024 2:53:43 PM
>> **To:** Darrell Robinson <PII
>> **Subject:** Re: PII

Good afternoon Darrell, were you able to review? Can you let me know the forms I need to review and sign and when PII will be having his first therapy appointment?

On Thu, Oct 3, 2024 at 7:13 PM Darrell Robinson <PII> wrote:
> Thank you.
>
> Best regards,
> Darrell Robinson, LPC
> Provisionally Licensed Therapist
> InnerPeace Counseling
> 10865 Grandview Dr., Suite 2065
> Overland Park, KS 66210
> https://darrellrobinson.clientsecure.me/
>
> Confidentiality Disclaimer:
>
> This email and any attachments may contain confidential and privileged information intended only for the recipient. If you are not the intended recipient, please delete this message and notify the sender immediately. Any unauthorized use, disclosure, or distribution is prohibited. Please be aware that email communication is not a secure
>
> **From:** Angeliina Lawson <PII>
> **Sent:** Thursday, October 3, 2024 12:18:51 PM
> **To:** PII
> **Sub**
>
> Here is my email so if you need anything from me please let me know
>
> --
> Warmly,
> Angeliina Lawson
> 913-972-1661

--
Warmly,
Angeliina Lawson
913-972-1661

--
Warmly,
Angeliina Lawson
913-972-1661

--
Warmly,
Angeliina Lawson
913-972-1661

--
Warmly,
Angeliina Lawson
913-972-1661

--
Warmly,
Angeliina Lawson
913-972-1661