Exhibit 4

# IN THE DISTRICT COURT OF LEAVENWORTH COUNTY, KANSAS
## CIVIL COURT DIVISION

ANGELIINA LYNN LAWSON,

Plaintiff,

v.

JONATHAN LAWSON,

Defendant.

Case No.: LV-2025-CV-000070

## MOTION TO ENFORCE COMPLIANCE WITH SUBPOENAS AND COMPEL NON-PARTY RESPONSES

COMES NOW Plaintiff, Angeliina Lynn Lawson, appearing pro se, and respectfully moves this Court pursuant to K.S.A. 60-245(e) and 60-237 to issue an order compelling compliance with subpoenas previously served on various non-parties, and in support thereof states as follows:

1. Plaintiff issued subpoenas to multiple non-parties between March and April 2025, including individuals and institutions with knowledge or custody of records relevant to Plaintiff's claims of ADA retaliation, custodial interference, and due process violations.

2. These subpoenas were served lawfully and in accordance with K.S.A. 60-245.

3. On April 10, 2025, the Court issued an order staying all non-party subpoenas.

4. On April 17, 2025, the Court entered an order lifting the stay of discovery on all non-party subpoenas.

5. In light of the Court's April 17, 2025 Order, Plaintiff respectfully requests the Court issue an enforcement directive compelling all subpoenaed non-parties to respond within 14 days of the Court's order, without requiring Plaintiff to re-serve subpoenas at her own expense.

6. This enforcement is necessary to prevent loss of critical evidence, avoid delay, and ensure fair access to the facts in preparation for civil jury trial.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order compelling the subpoenaed non-parties to respond to the discovery requests within 14 days and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

April 18, 2025

*[signature]*

Angeliina Lynn Lawson
1914 5th Ave., Leavenworth, KS 66048
AngeliinaCourtRecords@gmail.com
(913) 972-1661
Pro Se Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all parties and counsel of record via electronic mail on this April 18, 2025.

*[signature]*

Angeliina Lynn Lawson