IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS – KANSAS CITY DIVISION

ANGELIINA LYNN LAWSON,
Individually and as Mother and Next Friend of D.L., a Minor,
Plaintiff, pro se,

v.

ANDREW BOLTON, et al.,
Defendants.

Case No. 2:25-cv-02251-JWB-TJJ

JURY TRIAL DEMANDED

NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Angeliina Lynn Lawson, pro se, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from:

1. The Order entered August 22, 2025 (Dkt. 14) denying Plaintiff's Motion to Compel Issuance of Summons, which functionally denied Plaintiff service of process after IFP status was granted.
2. The District Court's constructive denial by inaction on Plaintiff's pending motions, including:
    - Motion for Protective Reassignment under 28 U.S.C. §§ 292(b), 294 (Dkt. 15);
    - Emergency Notice of Irreparable Harm and Judicial Paralysis (Dkt. 16);
    - Motion for Judicial Disqualification and Reassignment (Dkt. 17);
    - Emergency Motion for Temporary Restraining Order (Dkt. 18).

Together, these actions and omissions constitute judicial abandonment of the case and denial of Article III access, in violation of Plaintiff's rights under the First, Fifth, and Fourteenth Amendments, the Americans with Disabilities Act (42 U.S.C. § 12132, § 12203), and Rule 4(c)(3), 28 U.S.C. § 1915(d).

The Court's failure to issue summons or adjudicate emergency filings for over 130 days after filing, while Plaintiff and her disabled minor child suffer ongoing harm, amounts to a final appealable decision under 28 U.S.C. § 1291, or in the alternative warrants extraordinary appellate review.

| Respectfully submitted, | Dated: September 26, 2025 |
|---|---|

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff
1914 5th Avenue
Leavenworth, KS 66048
(913) 972-1661

Certificate of Service

I hereby certify that on September 26, 2025, I filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will serve all registered counsel of record.

/s/ Angeliina Lynn Lawson
Pro Se Plaintiff