# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KS 66101

**SKYLER B. O'HARA**
CLERK
E-MAIL: Skyler_OHara@ksd.uscourts.gov
(913) 735-2220

**STEPHANIE MICKELSEN**
CHIEF DEPUTY CLERK
E-MAIL: Stephanie_Mickelsen@ksd.uscourts.gov
(913) 735-2235

204 U.S.COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

490 U.S.COURTHOUSE
444 NE QUINCY
TOPEKA, KS 66683

September 26, 2025

## SEE NOTICE OF ELECTRONIC FILING

Pro Se Appellant Appeal

RE: Lawson v. Bolton et al

District Court Case No.: 2:25-cv-02251-JWB-TJJ

Notice of Appeal filed by: Angeliina Lynn Lawson

Fee Status: Not Paid. IFP granted in District Court on 5/15/25

The following documents are for the parties in connection with the Notice of Appeal: Notice of Appeal and Copy of the Docket Sheet.

If you have any questions, please contact the Office of the Clerk of the U.S. Court of Appeals in Denver, Colorado at (303)844-3157.

Sincerely,
SKYLER B. O'HARA
CLERK OF COURT

By: s/ J. Lolley
_____
Deputy Clerk

Cc: Clerk, U.S. Court of Appeals
(Notice of Appeal, Docket Sheet, & Preliminary Record)