# U.S. District Court
## DISTRICT OF KANSAS (Kansas City)
## CIVIL DOCKET FOR CASE #: 2:25−cv−02251−JWB−TJJ

| | |
|---|---|
| Lawson v. Bolton et al | Date Filed: 05/06/2025 |
| Assigned to: Chief District Judge John W. Broomes | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Teresa J. James | Nature of Suit: 440 Civil Rights: Other |
| related Cases: 2:25−cv−02199−JWB−TJJ | Jurisdiction: Federal Question |
| 6:25−cv−01179−JWB−TJJ | |
| Cause: 42:12101 Americans with Disabilities Act | |

**Plaintiff**

**Angeliina Lynn Lawson**　　　　　　　　　represented by　**Angeliina Lynn Lawson**
*ECF Notifications Only ; individually,*　　　　　　　　　　1914 5th Avenue
*and as mother and next friend of*　　　　　　　　　　　　Leavenworth, KS 66048
*minor*　　　　　　　　　　　　　　　　　　　　　　　913−972−1661
D. L.　　　　　　　　　　　　　　　　　　　　　　　　Email: angeliinacourtrecords@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE
　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Number:*
　　　　　　　　　　　　　　　　　　　　　　　　　　*Bar Status:*

V.

**Defendant**

**Andrew Bolton**
*individually and in his official capacity*
*as Guardian ad Litem (GAL)*

**Defendant**

**Bolton Law Firm, LLC, The**
*as a public accommodation entity under*
*Title III of the ADA*

**Defendant**

**Darrell Robinson**
*therapist; individually and in his official*
*capacity*

**Defendant**

**Neisha Miser**
*individually and in her official capacity*
*as supervisor of*
*other*
Darrell Robinson

**Defendant**

**Malique Taylor**
*therapist; individually and in his official*
*capacity*

**Defendant**

**Jennifer Agee**
*individually and in her official capacity*
*as supervisor of*
*other*
Malique Taylor

**Defendant**

**Dan Livingston**
*therapist, Livingston Center, LLC;*
*individually and in his official capacity*

**Defendant**

**Livingston Center, LLC**
*as a public accommodation entity under*
*Title III of the ADA*

**Defendant**

**Rodney McNeal**
*medical professional; individually and in*
*his official capacity*

**Defendant**

**Anderson County, Kansas Board of Commissioners**
*Les McGhee, Chairman*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/06/2025 | 1 | COMPLAINT (No Summons Issued) with trial location of Kansas City, filed by Angeliina Lawson. (jsh) (Entered: 05/06/2025) |
| 05/06/2025 | 2 | CIVIL COVER SHEET re 1 Complaint by Plaintiff Angeliina Lawson. (jsh) (Entered: 05/06/2025) |
| 05/06/2025 | 3 | DESIGNATION OF PLACE OF TRIAL and DEMAND FOR TRIAL BY JURY filed by Plaintiff Angeliina Lawson – trial to be held in Kansas City. (jsh) (Entered: 05/06/2025) |
| 05/06/2025 | 4 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Angeliina Lawson (referred to Magistrate Judge Angel D. Mitchell) (Attachments: # 1 Application to Proceed in District Court without Prepaying Fees or Cost). |

| | | |
|---|---|---|
| | | **NOTE – Access to document is restricted pursuant to the courts privacy policy.** (jsh) (Entered: 05/06/2025) |
| 05/06/2025 | | NOTICE OF JUDGE ASSIGNMENT: Case assigned to District Judge John W. Broomes and Magistrate Judge Angel D. Mitchell for all proceedings. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) **NOTICE OF MAGISTRATE JUDGE AVAILABILITY: A United States magistrate judge is available to conduct all proceedings in this civil action if all parties voluntarily consent. Information & consent forms are available at https://www.uscourts.gov/file/459/download (jsh) (Entered: 05/06/2025)** |
| 05/07/2025 | 5 | DOCKET ANNOTATION: Plaintiff Angeliina Lawson is a registered pro se participant with ECF notifications only. (gw) (Entered: 05/07/2025) |
| 05/12/2025 | 6 | ORDER REASSIGNING CASE: Case reassigned to Magistrate Judge Teresa J. James for all further proceedings. Magistrate Judge Angel D. Mitchell no longer assigned to case. Signed by Magistrate Judge Angel D. Mitchell on 5/12/2025. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(alh) (Entered: 05/12/2025) |
| 05/15/2025 | 7 | ORDER granting 4 Plaintiff's Motion to Proceed *In Forma Pauperis* but withholding service of summons and the Complaint pending further order. Signed by Magistrate Judge Teresa J. James on 5/15/2025.(byk) (Entered: 05/15/2025) |
| 05/27/2025 | 8 | NOTICE (titled: Notice of GAL Misrepresentation and Post–Withdrawal Interference) by Angeliina Lynn Lawson. (kmc) (Entered: 05/27/2025) |
| 05/27/2025 | 9 | NOTICE (titled: Notice of Active Criminal Investigation of Andrew Bolton) by Angeliina Lynn Lawson. (kmc) (Entered: 05/27/2025) |
| 07/14/2025 | 10 | NOTICE OF FRAUD UPON THE COURT AND PRESERVATION OF RULE 60(b)(3) RELIEF by Angeliina Lynn Lawson. (sz) (Entered: 07/14/2025) |
| 07/14/2025 | 11 | DISREGARD. INADVERTENTLY FILED TWICE IN SAME CASE. NOTICE OF FRAUD UPON THE COURT AND PRESERVATION OF RULE 60(b)(3) RELIEF by Angeliina Lynn Lawson. (ca) Modified on 7/15/2025 (ca). (Entered: 07/15/2025) |
| 07/17/2025 | 12 | NOTICE OF NON–COMPLIANCE, RULE 37 PRESERVATION, AND EVIDENCE OF SPOILAGE FOR COURT–APPOINTED THERAPISTS AND SUPERVISORS by Angeliina Lynn Lawson. (sz) (Entered: 07/18/2025) |
| 08/03/2025 | 13 | MOTION to Compel Issuance of Summons and U.S. Marshal Service by Plaintiff Angeliina Lynn Lawson (referred to Magistrate Judge Teresa J. James) (msb) (Entered: 08/04/2025) |
| 08/22/2025 | 14 | ORDER denying without prejudice 13 Plaintiff's Motion to Compel Issuance of Summons. Signed by Magistrate Judge Teresa J. James on 8/22/2025. (byk) (Entered: 08/22/2025) |
| 08/22/2025 | 15 | MOTION for Protective Reassignment by Plaintiff Angeliina Lynn Lawson (msb) (Entered: 08/25/2025) |
| 09/12/2025 | 16 | Emergency NOTICE of Irreparable Harm, Retaliatory Obstruction, and Judicial Paralysis by Angeliina Lynn Lawson. (jal) (Entered: 09/12/2025) |
| 09/12/2025 | 17 | |

| | | |
|---|---|---|
| | | MOTION to Disqualify (titled: Motion for Judicial Disqualification, Affidavit, and Protective Reassignment Under 28 U.S.C. §§ 455, 144, AND 292(b)) by Plaintiff Angeliina Lynn Lawson. (referred to Magistrate Judge Teresa J. James) (jal) (Entered: 09/15/2025) |
| 09/12/2025 | 18 | Emergency MOTION for Temporary Restraining Order by Plaintiff Angeliina Lynn Lawson. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3−1, # 4 Exhibit 3−2, # 5 Exhibit 4)(jal) (Entered: 09/15/2025) |
| 09/26/2025 | 19 | NOTICE OF INTERLOCUTORY APPEAL as to 14 Order by Plaintiff Angeliina Lynn Lawson. (jal) (Entered: 09/26/2025) |
| 09/26/2025 | | APPEAL FEE STATUS: Filing fee not paid re: 19 Notice of Interlocutory Appeal on behalf of Plaintiff Angeliina Lynn Lawson. Filer granted IFP status on 5/15/2025. (THIS IS A TEXT ONLY ENTRY−NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (jal) (Entered: 09/26/2025) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANGELIINA LAWSON,

        Plaintiff,

v.

ANDREW BOLTON, THE BOLTON LAW FIRM, LLC, DARRELL ROBINSON, NEISHA MISER, MALIQUE TAYLOR, JENNIFER AGREE, DAN LIVINGSTON, LIVINGSTON CENTER, LLC, DR. RODNEY MCNEAL, and BOARD OF COUNTY COMMISSIONERS OF ANDERSON COUNTY, KANSAS,

        Defendants.

Case No. 25-CV-2251-JWB-TJJ

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ISSUANCE OF SUMMONS

Plaintiff, proceeding *pro se*, has filed a Motion to Compel Issuance of Summons (ECF No. 13). Plaintiff requests the Court issue summons and direct the U.S. Marshals Service to effect service of process on all named Defendants pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d). As the Court has not yet completed its pre-service review of Complaint, Plaintiff's motion is denied without prejudice.

On May 15, 2025, the Court entered an order granting Plaintiff *in forma pauperis* status but withholding service of summons and the Complaint.[1] The Court withheld service pending the Court's review of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) because it appeared this Court may lack subject matter jurisdiction as Plaintiff's allegations and causes of action arise from her

---

[1] *See* Order (ECF No. 7).

state-court child custody proceedings. The Court also noted that Plaintiff had recently filed three other cases in the District of Kansas, all of which relate to her state-court proceedings.

Plaintiff now requests the Complaint and summons be served prior to the Court's review pursuant to 28 U.S.C. §1915(e)(2). However, the Court is not required to order service of Plaintiff's Complaint prior to the Court's review pursuant to 28 U.S.C. § 1915(e)(2).[2] This review of Plaintiff's Complaint may occur at any time, and dismissals "are often made *sua sponte* prior to the issuance of process, so as to spare prospective defendants the inconvenience and expense of answering."[3] In fact, 28 U.S.C. § 1915(e)(2) requires the "court shall dismiss the case *at any time*"—including before service of the summons and complaint—if it determines the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.[4]

The Court has not completed its pre-service review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's Complaint asserts eleven causes of action against ten Defendants, including the guardian ad litem and therapists appointed for her child in the state court proceedings in Anderson County, Kansas District Court (Case No. 2020-DM-000131). In addition to this case,

---

[2] *See Fuller v. Myers*, 123 F. App'x 365, 368 (10th Cir. 2005) (noting that the district courts may dismiss an action without service of process through the screening process of § 1915(e)).

[3] *Neitzke v. Williams*, 490 U.S. 319, 324 (1989).

[4] 28 U.S.C. § 1915(e)(2) (emphasis added); *See Buchheit v. Green*, No. 12-4038-CM-KGS, 2012 WL 1673917, at *1 (D. Kan. May 14, 2012), *aff'd*, 705 F.3d 1157 (10th Cir. 2012); *Sclicher v. Hendrick*, 982 F.2d 529 (10th Cir. 1992) (finding district court properly dismissed plaintiff's complaint before service of process) ("Although the statute provides a mechanism for the impoverished plaintiff to obtain ready access to the court, § 1915(d) also provides for prompt dismissal of abusive lawsuits").

Plaintiff has filed four other federal cases arising from her state court proceedings.[5] In Case 25-2199, the Court has already entered an 18-page Report and Recommendation on June 20, 2025 explaining in detail the reasons for recommending dismissal of that case in its entirety.[6] In Case 25-4045, the Court entered a Report and Recommendation on May 15, 2025, recommending the remand of Plaintiff's attempted removal of her state court family law case to Anderson County, Kansas District Court.[7] Until the Court completes its review of Plaintiff's Complaint in *this* case, the issuance of summons for service upon the named Defendants is premature.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Compel Issuance of Summons (ECF No. 13) is denied without prejudice.

**IT IS SO ORDERED.**

Dated August 22, 2025, in Kansas City, Kansas.

Teresa J. James
U. S. Magistrate Judge

---

[5] *See Lawson v. Kansas Dep't of Children and Families*, 25-cv-2171-JWB-TJJ (D. Kan. Apr. 2, 2025); *Lawson v. Godderz, et al.*, 25-cv-2199-JWB-TJJ (D. Kan. Apr. 14, 2025); and *Lawson v. Lawson*, 25-cv-4045-DDC-TJJ (D. Kan. May 2, 2025). On August 15, 2025, Plaintiff filed another case, *Lawson v. Godderz et a*l, 25-cv-1179-JWB-TJJ (D. Kan.).

[6] *See* R&R (ECF No. 20) in Case 25-cv-2199-JWB-TJJ.

[7] *See* R&R (ECF No. 16) in Case 25-cv-4045-JWB-TJJ, R&R adopted by ECF No. 22.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS – KANSAS CITY DIVISION

ANGELIINA LYNN LAWSON,
Individually and as Mother and Next Friend of D.L., a Minor,
Plaintiff, pro se,

v.

ANDREW BOLTON, et al.,
Defendants.

Case No. 2:25-cv-02251-JWB-TJJ

JURY TRIAL DEMANDED

NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff Angeliina Lynn Lawson, pro se, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from:

1. The Order entered August 22, 2025 (Dkt. 14) denying Plaintiff's Motion to Compel Issuance of Summons, which functionally denied Plaintiff service of process after IFP status was granted.
2. The District Court's constructive denial by inaction on Plaintiff's pending motions, including:
   - Motion for Protective Reassignment under 28 U.S.C. §§ 292(b), 294 (Dkt. 15);
   - Emergency Notice of Irreparable Harm and Judicial Paralysis (Dkt. 16);
   - Motion for Judicial Disqualification and Reassignment (Dkt. 17);
   - Emergency Motion for Temporary Restraining Order (Dkt. 18).

Together, these actions and omissions constitute judicial abandonment of the case and denial of Article III access, in violation of Plaintiff's rights under the First, Fifth, and Fourteenth Amendments, the Americans with Disabilities Act (42 U.S.C. § 12132, § 12203), and Rule 4(c)(3), 28 U.S.C. § 1915(d).

The Court's failure to issue summons or adjudicate emergency filings for over 130 days after filing, while Plaintiff and her disabled minor child suffer ongoing harm, amounts to a final appealable decision under 28 U.S.C. § 1291, or in the alternative warrants extraordinary appellate review.

8

Respectfully submitted,                                    Dated: September 26, 2025

/s/ Angeliina Lynn Lawson
Angeliina Lynn Lawson
Pro Se Plaintiff
1914 5th Avenue
Leavenworth, KS 66048
(913) 972-1661


Certificate of Service

I hereby certify that on September 26, 2025, I filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will serve all registered counsel of record.

/s/ Angeliina Lynn Lawson
Pro Se Plaintiff