UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert Jane K. Castro
Clerk of Court Chief Deputy Clerk

September 26, 2025

Angeliina Lynn Lawson
1914 5th Avenue
Leavenworth, KS 66048

**RE:** **25-3167, Lawson v. Bolton, et al**
 Dist/Ag docket: 2:25-CV-02251-JWB-TJJ

To All Parties and Counsel:

This court has received and docketed an appeal in the above-referenced case, and the appeal number is listed above. Please note the following requirements for this appeal:

### Preliminary Documents (All Parties)

**Entry of Appearance and Certificate of Interested Parties.** All parties are required to file an entry of appearance and certificate of interested parties. 10th Cir. R. 46.1(A) and (D). Pro se individuals must file the enclosed form **within 30 days** of the date of this letter. Counselled parties must file the form **within 14 days** of the date of this letter. Attorneys who do not enter an appearance within the specified time will be removed from the service list.

### Filing & Docketing Fee (Appellant)

A separate fee of $605.00 ($5.00 filing fee and $600.00 docket fee) is due for every appeal initiated to the court of appeals.

**Within 30 days** of the date of this letter, you must either (1) pay the $605.00 fee to the district court, or (2) file a motion in the district court for leave to proceed on appeal without prepayment of fees.

**Please note, failure to timely pay the filing fee or file a motion for leave to proceed without prepayment of the filing fee by the deadline set by this court may result in the dismissal of this appeal without further notice.** *See* **Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).**

**Method of Receiving Service (Pro Se Parties)**

The court will forward all forms, letters, and orders to you via US Mail. If you wish to change the method of service from US Mail to email, you must make that request in writing by completing the enclosed "Consent to Electronic Service" form and returning to this office.

**Prison Mailbox Rule (Prisoners)**

Prisoners are reminded that to invoke the prison mailbox rule they must include with each pleading a declaration in compliance with 28 U.S.C. § 1746 or a notarized statement, either of which must set forth the date of deposit with prison officials and must also state that first-class postage has been prepaid. *See* Fed. R. App. P. 25(a)(2)(A)(iii).

You will receive further instructions regarding prosecution of this appeal from the court within the next few weeks.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/at