

Angeliina Lawson
1914 5th Ave
Leavenworth KS 66048-3731

Servicing to Mag.
Judge Teresa James
SCOTUS Case #25-6604

District of Kansas
Office of Clerk
444 SE Quincy St., Room 490
Topeka, KS 66683

KANSAS CITY 640
10 FEB 2026 PM 5 L



RECEIVED
FEB 12 2026
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

66683-358759